# United States District Court
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | **(For a Petty Offense)** - Short Form |
| **CALVIN D. WRIGHT** | CASE NUMBER:   MJ 08-0071-M |
| **THE DEFENDANT:** | |
| | _PRO SE_ |
| | **Defendant's Attorney** |

☒  **THE DEFENDANT was found guilty as to violation No. W0786089**

| Title & Section | Nature of Offense | Date Offense Concluded | Violation No.(s |
|---|---|---|---|
| 16 USC 703 | Did possess migratory birds for which there is no open season, to wit, thirty three (33) Cardinals (Red Birds) in violation of the Migratory Bird Treaty Act | 11/11/07 | W0786089 |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $25.00 | $200.00 | $800.00 |

**\*\*Assessment, Fine and Restitution are to be paid not later than May 7, 2008.**

|   |   |
|---|---|
| **Defendant's Social Security No.:** _____ | _May 7, 2008_ |
| **Defendant's Date of Birth:** _____ | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | |
| 406 South Lake Road | _s/BERT W. MILLING, JR._ |
| Jackson, AL 36545 | UNITED STATES MAGISTRATE JUDGE |
| | _May 7, 2008_ |
| | Date |